UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TRUSTEES OF EMPIRE STATE CARPENTERS
ANNUITY, APPRENTICESHIP, LABOR-
MANAGEMENT COOPERATION, PENSION, and
WELFARE FUNDS,

                          Plaintiffs,

-against-                                    **ORDER**
                                              13-CV-1509 (SJF)

SYRACUSE FLOOR SYSTEMS, INC., SYRACUSE
COMMERCIAL FLOOR, INC., and COMMERCIAL
FLOOR SOLUTIONS,

                          Defendants.
------------------------------------------------------------X
FEUERSTEIN, District Judge.

    Based upon plaintiffs' representation that all defendants filed for bankruptcy protection on June 12, 2015 (DE 114) and the automatic stay imposed by 11 U.S.C. § 362(a)(1),[1] this case is administratively closed with leave to reopen, on ten (10) days notice to defendants, within sixty (60) days of the termination of the bankruptcy proceeding.

**SO ORDERED.**

                                                  s/ Sandra J. Feuerstein
                                                  Sandra J. Feuerstein, U.S.D.J.

Dated: June 17, 2015
       Central Islip, New York

---

[1] Title 11 U.S.C. § 362(a) provides: "(a) Except as provided in subsection (b) of this section, a petition filed under section 301, 302, or 303 of this title . . . operates as a stay, applicable to all entities, of—(1) the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title . . . ."